# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Blane International Group, Inc. | ) ASBCA Nos. 58014, 58058 |
| | ) |
| Under Contract No. N61331-10-C-0015 | ) |

APPEARANCES FOR THE APPELLANT:    John G. Stafford, Jr., Esq.
Elizabeth Leavy, Esq.
  Husch Blackwell LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Taylor N. Ferrell, Esq.
Russell A. Shultis, Esq.
Gregory E. Birkenstock, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The parties have executed a settlement agreement dated 10 June 2015 and on 15 June 2015 filed a joint stipulation of dismissal with prejudice. Accordingly, these appeals are dismissed with prejudice.

Dated: 17 June 2015

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58014 and 58058, Appeals of Blane International Group, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals